HARRY G. SOPER, Respondent, *v.* THE ASSOCIATED PRESS, Appellant.

*Soper* v. *Associated Press*, 115 App. Div. 815, affirmed.
(Argued February 20, 1907; decided March 12, 1907.)

APPEAL, by permission, from a judgment entered November 20, 1906, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for libel.

The following question was certified : " Does the complaint state facts sufficient to constitute a cause of action ? "

*James McCormick Mitchell* and *Edward Hance Letchworth* for appellant.

*H. B. Butterfield* for respondent.

Judgment affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur : EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Dissenting : CULLEN, Ch. J., GRAY and HAIGHT, JJ.